1 | Mark H Hutchings, Esq.
Nevada Bar No. 12783
2 | Alexander M. P. Perry, Esq.
Nevada Bar No. 14749
3 | **HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
4 | Las Vegas, Nevada 89104
Telephone: (702) 660-7700
5 | Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
6 | APerry@HutchingsLawGroup.com

7 | *Attorneys for plaintiff Ravi Ramanathan, TTEE*
*Ramanathan Family Trust*
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

11 | RAVI S. RAMANATHAN, as trustee of the RAMANATHAN FAMILY TRUST,

Case No.  2:19-cv-02009-APG-EJY

12 |

13 |     Plaintiff,

**[PROPOSED] ORDER**

14 |     v.

15 | DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004, SECURITIZATION ASSET BACKED RECEIVABLES LLC TRUST 2004-NC-1 WITHOUT RECOURSE; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

20 |     Defendants.

HUTCHINGS LAW GROUP, LLC
552 E. CHARLESTON BLVD.
LAS VEGAS, NV 89104

**[PROPOSED] ORDER**

1       The court, having reviewed and considered the Joint Stipulation to File Plaintiff's First

2  Amended Complaint to Quiet Title and for Injunctive Relief (ECF No. 10), along with the

3  proposed First Amended Complaint, and good cause appearing therefor, **IT IS HEREBY**

4  **ORDERED** that plaintiff Ravi Ramanathan, as trustee of the Ramanathan Family Trust shall,

5  within ten (10) days of the date of this Order, cause to be filed with the Clerk of this Court

6  Plaintiff's First Amended Complaint to Quiet Title and for Injunctive Relief, in substantially

7  the same form as attached to the aforementioned Joint Stipulation.

8       **IT IS SO ORDERED.**

9

10  Dated this 10th day of _____January_____, 2020.

11

12

13  _____

14  Hon. Elayna J. Youchah
    U.S. MAGISTRATE JUDGE

HUTCHINGS LAW GROUP, LLC
552 E. CHARLESTON BLVD.
LAS VEGAS, NV 89104

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER