Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kln@slwlaw.com
Attorneys for Defendant/Counter-Claimant The Bank of New York Mellon as Trustee for CWABS, Inc. Asset Backed Certificates, Series 2005-4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAVI S. RAMANATHAN, as trustee of the RAMANATHAN FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004, SECURITIZATION ASSET BACKED RECEIVABLES LLC TRUST 2004-NC-1 WITHOUT RECOURSE; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-02009-APG-EJY<br><br><br><br>**DEFENDANT THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4's MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |
| THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4,<br><br>Counterclaimant,<br><br>v.<br><br>RAVI S. RAMANATHAN, as trustee of the RAMANATHAN FAMILY TRUST,<br><br>Counterdefendant. | |

1

Defendant/Counterclaimant The Bank of New York Mellon, solely as Trustee for CWABS, Inc. Asset Backed Certificates, Series 2005-4 ("BNY"), by and through its undersigned counsel of record, hereby respectfully requests that the Court, all parties of record and their respective counsel, please take notice that Christopher L. Benner, Esq., of the firm Smith Larsen & Wixom is no longer associated with the above-captioned matter and should be removed from all further notices. The Smith Larsen & Wixom attorney to be noticed for all further filings and hearings is:

Karl L. Nielson, Esq., Nevada Bar 5082

Email: kln@slwlaw.com

Dated this 4th day of May, 2020

SMITH LARSEN & WIXOM

*/s/ Karl L. Nielson*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl L. Nielson, Esq.
Nevada Bar No. 5082
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant/Counterclaimant
The Bank of New York Mellon as Trustee for
CWABS, Inc. Asset Backed
Certificates, Series 2005-4

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 5, 2020