Mark H Hutchings, Esq.
Nevada Bar No. 12783
**HUTCHINGS LAW GROUP, LLC**
552 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com

*Attorneys for plaintiff Ravi Ramanathan, TTEE Ramanathan Family Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAVI S. RAMANATHAN, as trustee of the RAMANATHAN FAMILY TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL COMPANY AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2004, SECURITIZATION ASSET BACKED RECEIVABLES LLC TRUST 2004-NC-1 WITHOUT RECOURSE; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2005-4; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No.   2:19-cv-02009-APG-EJY<br><br>**PLAINITFF RAVI S. RAMANTHAN, AS TRUSTEE OF THE RAMANATHAN FAMILY TRUST. MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |

Plaintiff Ravi S. Ramanthan, as trustee of the Ramanathan Family Trust, by and through its undersigned counsel of record, hereby respectfully requests that the Court, all parties of record and their respective counsel, please take notice that Alexander M.P. Perry, Esq., of the Champion Law Firm is no longer associated with the above-captioned matter and should be removed from all further notices. The Hutchings Law Group attorney to be noticed for all further filing and hearings is

    Mark H. Hutching, Esq., Nevada Bar 12783

    Email: Mhutchings@hutchingslawgroup.com

Dated: May 21, 2020

HUTCHINGS LAW GROUP, LLC

By: */s/ Mark H. Hutchings*
Mark H. Hutchings, Esq.
552 E. Charleston Blvd.
Las Vegas, NV 89104
Telephone: (702) 660-7700
*Attorneys for plaintiff Ravi Ramanathan, TTEE Ramanathan Family Trust*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 22, 2020

[DOCUMENT]