# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ravis Ramanathan,<br><br>    Plaintiff,<br><br>v.<br><br>Deutsche Bank National Company, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-2009-APG-EJY<br><br>**ORDER DISMISSING DEFENDANT DEUTSCHE BANK NATIONAL COMPANY** |

  On May 4, 2020, plaintiff Ravis Ramanathan was advised that defendant Deutsche Bank National Company would be dismissed from this case unless by June 3, 2020 Ramanathan filed proper proof of service or showed good cause why service was not made. ECF No. 20. Ramanathan has failed to file proof of service nor shown good cause for failure to serve. Nor has Ramanathan shown cause why this action should not be dismissed as to Deutsche Bank for failure to timely serve it as required by Federal Rule of Civil Procedure 4(m).

  I THEREFORE dismiss this action without prejudice as to defendant Deutsche Bank National Company.

  Dated: June 5, 2020.

                _____
                ANDREW P. GORDON
                UNITED STATES DISTRICT JUDGE